**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Cr. No. 10-32(2) (JNE/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                        Plaintiff,     )<br>                                                              )<br>                                                              )       **MOTION TO DISMISS**<br>                                                              )       **COUNTS 8-15 (THE SUZUKI COUNTS)**<br>                                                              )       **OF THE SUPERSEDING INDICTMENT.**<br>vs.                                                        )<br>                                                              )<br>                                                              )<br>                                                              )<br>STEVEN J. LEACH,                        )<br>                                                              )<br>                        Defendant.   )  | |

Defendant, Steven Joseph Leach, by and through his undersigned counsel, Robert D. Sicoli, Law Offices of Robert D. Sicoli, and Sarah M. MacGillis, MacGillis Law P.A., moves this Court for an Order dismissing Count 8-15 of the Superseding Indictment for their failure to allege an essential element of the offense of aiding and abetting mail fraud on the part of Mr. Leach.

This Motion is based on the files and records in this proceeding, on the Memorandum of Law in Support of Motion filed simultaneously with the Court, and on the argument of counsel to be heard at the hearing of this matter.

PDF created with pdfFactory trial version www.pdffactory.com

                                              Respectfully submitted,

Dated: June 2, 2010                 By: <u>/s/ Robert D. Sicoli</u>
                                                  Robert D. Sicoli
                                                  Law Offices of Robert D. Sicoli, Ltd.
                                             Attorneys for Defendant
                                             8000 Flour Exchange Building
                                             310 Fourth Avenue South
                                             Minneapolis, MN 55415
                                             Telephone: (612) 871-0708
                                             Reg. No. 178238

                                             Sarah M. MacGillis
                                             MacGillis Law, P.A.
                                             Attorneys for Defendant
                                             8000 Flour Exchange Building
                                             310 Fourth Avenue South
                                             Minneapolis, MN 55415
                                             Telephone: (612) 455-1034
                                             Reg. No. 282017

PDF created with pdfFactory trial version www.pdffactory.com