UNITED STATES DISTRICT
DISTRICT OF MINNESOTA
Cr. No. 10-32(2)(JNE/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                                  )<br>                     Plaintiff,             )<br>                                                                  )<br>v.                                                            )<br>                                                                  )<br>STEVEN J. LEACH,                                 )<br>                                                                  )<br>                     Defendant.         ) | **MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES** |

The defendant moves this Court for an Order requiring all government law-enforcement officers and agents, including, but not limited to, confidential informants, if any, who investigated the charges in this case to retain and preserve all rough notes taken as part of their investigation, whether or not the contents of such rough notes are incorporated in official records.  This Motion is made in order that the trial court can determine whether disclosure of the requested rough notes is required under Brady v. Maryland, 373 U.S. 83 (1963), or the Jencks Act, 18 U.S.C. §3500.

This Motion is based upon all the files, records, and proceedings herein.

Dated:  June 2, 2010                    Respectfully submitted,


                                                            By: /s/ Robert D. Sicoli
                                                            Robert D. Sicoli
                                                            Law Offices of Robert D. Sicoli
                                                            Attorneys for Defendant
                                                            8000 Flour Exchange Bldg.
                                                            310 Fourth Avenue South
                                                            Minneapolis, MN 55415
                                                            Telephone:  (612) 871-0708
                                                            Reg. No. 178238

Sarah M. MacGillis
MacGillis Law, P.A.
Attorneys for Defendant
8000 Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN 55415
Telephone:  (612) 455-1034
Reg. No. 282017

PDF created with pdfFactory trial version www.pdffactory.com