# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### Cr. No. 10-32(2) (JNE/SRN)

| | |
|---|---|
| United States of America, | **NOTICE OF APPEARANCE** |
| Plaintiff | |
| v. | |
| Steven J. Leach, | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Sarah M. MacGillis, MacGillis Law P.A., shall appear as counsel of record for Defendant Steven J. Leach in this case.

Dated: September 21, 2010          /s Sarah M. MacGillis
                                   Sarah M. MacGillis, #282017
                                   MacGillis Law, P.A.
                                   Attorney for Defendant
                                   310 South Fourth Avenue, Suite 8000
                                   Minneapolis, MN 55415
                                   T:  (612) 455-1034
                                   F:  (612) 455-0501