**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                    10cr32(2)     (JNE/SRN)

    Plaintiff,

v.                                                           **NOTICE OF**
                                                             **PRETRIAL CONFERENCE**

Steven Joseph Leach,

    Defendant.

---

**TAKE NOTICE** that a **PRETRIAL CONFERENCE** in the above entitled matter is **scheduled** for Wednesday, September 29, 2010 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 12W, Minneapolis, Minnesota. Counsel are directed to check the kiosk located on the 1st Floor of the Federal Courthouse in Minneapolis, Minnesota for any change in location.

DATED: September 24, 2010

                                                           RICHARD D. SLETTEN
                                                                     *Clerk*

                                                          s/ Sheri L. Frette
                                                          Sheri L. Frette     *Deputy Clerk*