UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-32(2)(JNE/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INFORMATION** |
| Plaintiff, | ) (18 U.S.C. § 371) |
| v. | ) |
| STEVEN JOSEPH LEACH, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Commit Wire Fraud)

1. Beginning at least in or about November 2006, and continuing through at least in or about June 2009, in the State and District of Minnesota and elsewhere, the defendant,

**STEVEN JOSEPH LEACH,**

knowingly and intentionally combined, conspired, confederated, and agreed with others, including Dennis Earl Hecker, to commit offenses against the United States, that is, to devise and intend to devise a scheme and artifice to defraud and to obtain money and property from Chrysler Financial by means of material false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice, to knowingly cause to be transmitted in interstate commerce, by means of wire communications, certain writings, signs, signals, and sounds, in violation of Title 18, United States Code, Section 1343. In

SCANNED
SEP 30 2010
U.S. DISTRICT COURT MPLS

FILED SEP 30 2010
RICHARD L. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

furtherance of the conspiracy, and to accomplish its objects, the defendant caused a fraudulently altered letter to be faxed from Minnesota to Michigan.

All in violation of Title 18, United States Code, Section 371.

Dated: September 30, 2010

                                B. TODD JONES
                                United States Attorney

                                */s/ Nicole A. Engisch*
                                BY:  NICOLE A. ENGISCH
                                      NANCY E. BRASEL
                                      DAVID M. GENRICH
                                Assistant U.S. Attorneys