UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-32(2) JNE/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVEN JOSEPH LEACH,<br>Defendant. | ) | **RESTRAINING ORDER** |

This matter is before the Court on the motion of the United States for a restraining order pursuant to the All Writs Act, 28 U.S.C. § 1651, which provides the Court with authority to enter a restraining order and to take such other action in connection with any property subject to an order of restitution to ensure its availability for restitution.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that defendant, Steven Joseph Leach, his agents, representatives, servants, employees, attorneys, family members and those persons in active concert or participation with him, and anyone holding property, both real and personal, be and are hereby enjoined and restrained from selling, transferring, assigning, pledging, distributing, giving away, encumbering or otherwise participating in the disposal of or removal from the jurisdiction of this Court all or part of the defendant’s interest, direct or indirect, in all property, real or personal, without prior approval of the Court and upon notice to the United States

and an opportunity for the United States to be heard. The United States is hereby authorized to record a notice of *lis pendens* on any real property owned or co-owned by defendant or to file any other documents to ensure the property is preserved for restitution.

The property subject to this order includes, but is not limited to, the defendants' interest, whether joint or exclusive, in any REAL PROPERTY, INCLUDING THE RESIDENCES AT 1500 SUMMIT OAKS COURT, BURNSVILLE, MINNESOTA, and 9225 N. 119TH WAY, SCOTTSDALE, ARIZONA and in any RETIREMENT, ESCROW OR BANK ACCOUNT or any SECURITY OR FINANCIAL INSTRUMENT, including funds held in U.S. Bank account no. XXXX-0333, in the name of Steven Leach, revocable trust, and in U.S. Bank account no. XXXX-5260, in the name of Steven Leach and his spouse.

**RESTRAINT OF ASSETS**
**HELD IN ESCROW OR AT FINANCIAL INSTITUTIONS**

IT IS HEREBY ORDERED that the accounts and other property of the defendant maintained in escrow or at financial institutions in the United States be and the same are "frozen." Those holding funds in escrow or at financial institutions are directed to prevent and are otherwise enjoined from transferring (by wire or otherwise), conveying or disposing of all monies or other property currently within any accounts or safe deposit boxes of the defendants. Such funds include but are not limited to all funds held in U.S. Bank account no. XXXX-0333, in the name of Steven

Leach, revocable trust, and in U.S. Bank account no. XXXX-5260, in the name of Steven Leach and his spouse. In ordering the funds in escrow or at financial institutions frozen, it is the intention of the Court that demands by the correspondent banks to release any money not be honored nor shall those holding funds in escrow or financial institutions honor any checks or other negotiable instruments drawn on the accounts of the specific banks, if to do so would reduce the balance of the account below the amount frozen.

It is directed that those who hold funds in escrow and financial institutions which maintain accounts identified herein shall immediately inform the government agents who serve the certified copies of this order of the account balances on the date of service. Such persons are further directed to continue to receive and credit monies to defendant's accounts.

The United States is authorized and directed to personally serve a copy of this order on defendant, counsel for defendant, and any other entity or individual the government believes may be in control or possession of property of defendant affected by this order, except that financial institutions outside the District of Minnesota may be served by certified mail.

IT IS SO ORDERED.

Dated: 11-8-2010

s/Joan N. Ericksen
The Honorable Joan N. Ericksen
United States District Judge