UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-32(2) (JNE/SER)

UNITED STATES OF AMERICA, )
 )
         Plaintiff, )
   v. ) PRELIMINARY ORDER
 ) OF FORFEITURE
STEVEN JOSEPH LEACH, )
 )
         Defendant. )

Based on the United States' motion for a Preliminary Order of Forfeiture; on the defendant's guilty plea to Count 1 of the Information; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a preliminary order of forfeiture is GRANTED;

2. The Defendant shall forfeit to the United States the sum of $14,195,949 pursuant to 18 U.S.C. § 981(a)(1)(C), in conjunction with 28 U.S.C. § 2461(c), as a result of the defendant's conviction of Count 1 of the Information.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order;

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment;

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $14,195,949 to satisfy the money judgment in whole or in part; and

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853(m), the United States may conduct discovery to identify additional property subject to forfeiture under the terms of this order.

Dated: 2-7-2011                           s/ Joan N. Ericksen
                                          JOAN N. ERICKSEN, Judge
                                          United States District Court